UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TED A. SIMPSON,
and KIMBERLY SIMPSON,                            Civil Action No. 25-13232

                    Plaintiffs,           Susan K. DeClercq
v.                                               United States District Judge

FREEDOM MORTAGE                                  David R. Grand
CORPORATION, *et. al.*,                          United States Magistrate Judge

                  Defendants.
_____/

## ORDER STRIKING DOCUMENT (ECF No. 39)

The Court has reviewed Plaintiffs' "Sur-Response" to defendant Cardinal Financial

Company's Motion to Dismiss (ECF No. 39).  The Court **STRIKES** this document for the

following reason(s):

☐  Missing statement of concurrence.  *See* Local Rule ("LR") 7.1(a).

☐  Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.).  *See* LR 7.1(d)(2).

☐  Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  *See* LR 5.1(a)(2), (3).

☐  Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically.  *See* LR 5.1.1(a).

☐  Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐  Over-length.  *See* LR 7.1(d)(3).

☐  Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

1

⊠ Other: Plaintiffs' filing is an unauthorized sur-reply to Defendant's pending motion to dismiss. (ECF No. 28). *See* E.D. Mich. LR 7.1(c)(3); *McCord v. Brooks, McComb & Fields, LLP*, No. 17-6459, 2018 WL 8514480, at *3 (6th Cir. Dec. 12, 2018) (holding district court is within its discretion to strike a supplemental response "filed outside the . . . response deadline provided by the district court's local rules and without leave of court.").

Therefore, Plaintiffs' unauthorized sur-reply **(ECF No. 39)** is hereby **STRICKEN** and is not part of the record.

**IT IS SO ORDERED**.

Dated: April 1, 2026         s/ David R. Grand
                                         DAVID R. GRAND
                                         UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2026.

                                         s/Julie Owens
                                         JULIE OWENS
                                         Case Manager